# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CLEAR BLUE SPECIALTY INSURANCE COMPANY,

        Plaintiff,

        v.

STEADY CAPITAL LLC, et al.,

        Defendants.

Case No. 1:26-cv-01916-KES-SAB

ORDER DIRECTING THE CLERK OF COURT TO TERMINATE CERTAIN DEFENDANTS

(ECF No. 9)

On April 16, 2026, Plaintiff filed a notice of voluntary dismissal of the action with prejudice as to Defendants Sharon Johnson, Alvett Evans, Demare Roberts, David Valadez, Sylvia Valencia, Robert Molina, Tasha Curtice, Denero Waters, Shontrice Green, Soldavi Realty, Inc., Armando Diaz, and Florence Baker pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  (ECF No. 9.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to

do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, no defendant has filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE the above named Defendants in this action.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge