# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>STEADY CAPITAL LLC, et al.,<br><br>    Defendants. | Case No. 1:26-cv-01916-KES-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND THE TIME FOR INITIAL DISCLOSURES<br><br>(ECF No. 16) |

Before the Court is the parties' timely stipulation to extend the deadline to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1). (ECF No. 16.) Upon review and consideration, the Court GRANTS the stipulation and HEREBY ORDERS that the deadline for initial disclosures is extended to **August 7, 2026**.

IT IS SO ORDERED.

Dated:   **July 9, 2026**  

                                   STANLEY A. BOONE
United States Magistrate Judge